**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2011 OCT -7 AM 11:50

CLERK U.S. ...
SOUTHERN DIST... ...

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOSE LUIS GONZALEZ-MARAVILLA(1),<br><br>                Defendant. | CASE NO. 11CR3616-JAH<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in case 11cr4097-JAH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

21:952 and 960

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 9/29/2011

*[signature]*
BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE